NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5152

ARTHUR J. DAVIDSON, BARBARA J. DAVIDSON, VIRGIL D. DEVRIES, LOIS A. DEVRIES, WAYNE HILL, KATHRYN HILL, ROBERT M. STALNAKER, PATSY STALNAKER, J. BRYCE WYNNE, and MARY A. WYNNE,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 07-CV-196, Judge Lawrence J. Block.

ON MOTION

ORDER

The appellants move without opposition for a 6-day extension of time, until April 21, 2009, to file their response to the court's November 6, 2008 order.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Sallie W. Gladney, Esq.
    Deborah K. Snyder, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 7 2009

JAN HORBALY
CLERK